No. 72–6658. FREEMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 72–6663. BOYDEN v. UNITED STATES; and
No. 72–6882. BOYDEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6665. CAUDILL ET AL. v. PICKETT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 72–6667. WRIGHT v. PERINI, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–6670. WOJCIECHOWSKI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–6671. BROWN v. NEW JERSEY STATE PAROLE BOARD. Super. Ct. N. J. Certiorari denied.

No. 72–6672. VAN ACKEREN v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 72–6675. LEAMER v. DERAMUS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 72–6678. ASSENZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–6680. MORRIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–6683. HAWKINS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 72–6685. DRISCOLL v. VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 72–6686. HILL v. JOHNSON, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.